M/D-4

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

RECEIVED
2006 SEP -8  A 9: 43

P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT AL.

Maurice G Hargrove )
_____ )
_____ )
**Plaintiff** )
)
v. )
Enterprize Car Rental )
_____ )
_____ )
**Defendant(s)** )

2:06-CV-808-WKW

## COMPLAINT

1. Plaintiff resides at  PO BOX 211084 Mong Ala. 36121

2. Defendant(s)' name(s)  Enterprize Car Rental

   Location of principal office(s) of the named defendant(s) Human Resource Director
   Enterprise Rental Car
   135 Eastern Blvd

   Nature of defendant(s)' business  Rental A CAR

   Approximate number of individuals employed by defendant(s)  15-100

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. § 2000e-5. Equitable and other relief are also sought under 42 U.S.C. § 2000e-5(g).

4. The acts complained of in this suit concern:

   1. ✓ Failure to employ me.
   2. ___ Termination of my employment.
   3. ___ Failure to promote me.
   4. ✓ Other acts as specified below:  Base on title VII
   with Americans & Diability Act.

1

5. Plaintiff is:
   A. ____ Presently employed by the defendant.
      ✓ Not presently employed by the defendant. The dates of employment were
      _____. Employment was terminated because:

      (1) _____ Plaintiff was discharged.
      (2) _____ Plaintiff was laid off.
      (3) _____ Plaintiff left job voluntarily.

6. Defendant(s)' conduct is discriminatory with respect to the following:

   A. ____ My race.
   B. ____ My religion.
   C. ____ My sex.
   D. ____ My national origin.
   E. ✓ Other, as specified below: _Title VII Americans with disability Act._

7. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are) _Enterprize Car A Rental._

8. The alleged discrimination occurred on or about _2/27/06_.

9. The nature of my complaint, i.e., the manner in which the individual(s) named above discriminated against me in terms of the conditions of my employment, is as follows: ____

   _I have attached a copy of the incident._

10. The alleged illegal activity took place at _Home office of Human Resources._

2

11. I filed charges with the Equal Employment Opportunity Commission regarding defendant(s)' alleged discriminatory conduct on or about ___2/27/06___.
I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on __6/26/2006__.

12. I seek the following relief:

   A. ___✓___ Recovery of back pay.
   B. ___✓___ Reinstatement to my former job,
   and any other relief as may be appropriate, including injunctive orders, damages, costs, and attorney's fees. emotional distress

Date: __9/8/06__

Signature of Plaintiff: _Maurice Hayel_
PO Box 21108
Mont, AL 36121
264-0396
Address & Telephone Number of Plaintiff

3

## DISMISSAL AND NOTICE OF RIGHTS

2:06-CV-808-WKW

| To: | Maurice G. Hargrove<br>P. O. Box 211084<br>Montgomery, AL 36121 | From: | Birmingham District Office<br>Ridge Park Place<br>1130 22nd Street, South, Suite 2000<br>Birmingham, AL 35205-1130 |
|---|---|---|---|

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 420 2006 01081 | Devoralyn J. McGhee, Investigator | (205) 212-2070 |

THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statues.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this Notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Bernice Williams-Kimbrough, District Director

26 JUN 2006
(Date Mailed)

Enclosure(s)

cc: Fern H. Singer, Attorney

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 420-2006-01081 |

_____ State or local Agency, if any _____ and EEOC

| Name (Indicate Mr., Ms., Mrs.) | Home Phone No. (Incl Area Code) | Date of Birth |
|---|---|---|
| Mr. Maurice G. Hargrove | (334) 265-5527 | 07-21-1969 |

Street Address: P O Box 211084, Montgomery, AL 36121

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| ENTERPRISE RENT-A-CAR | 15 - 100 | (334) 277-4300 |

Street Address: 135 Eastern Blvd, Montgomery, AL 36117

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☐ AGE ☒ DISABILITY ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 01-26-2006   Latest: 02-20-2006
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I applied for a position with the above-named employer January 26, 2006. I spoke with the manager on duty. I advised the manager that because of my disability, I only wanted to work part-time as a driver. The manager conducted an interview, and I responded to his questions. I met the qualifications for the position and supplied all required information, including my driver's license number. The manager told me he would send my application in and I should be hearing from someone within a few weeks. I never heard back from the employer. After numerous attempts to contact the employer I received a letter from a screening process company stating the company could not hire me.

I have been informed that an 11-year old conviction, and a "no comment" from my previous employer were barriers to my efforts to be employed.

I believe I have been discriminated against because of my disability in violation of the Americans With Disability Act. I have no recent convictions, and I was seeking employment in a low level position. Further, a "no comment" from my previous employer is a standard response to post-employment inquiries. I believe these reasons were given as a reason for the employer's failure to hire me because of my disability.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Mar 20, 2006 / Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)