AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

Maurice G. Hargrove
V.

Enterprise Car Rental

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  2:06-cv-00808-WKW

TO: (Name and address of Defendant)

Enterprise Car Rental
C/o Human Resource Director
135 Eastern Blvd.
Montgomery, AL 36117

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Maurice G. Hargrove
P.O. Box 211084
Montgomery, AL 36121     (Pro -se)

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                9/13/06
CLERK                                           DATE

(By) DEPUTY CLERK