MINUTES

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON. SUSAN RUSS WALKER, MAG JUDGE          AT MONTGOMERY, ALABAMA

DATE COMMENCED:     October 27, 2006               3:38

DATE COMPLETED:     October 27, 2006               3:44


2:06-cv-00808-WKW-SRW Hargrove v. Enterprise Car Rental (MAG+)

PRO SE representing Maurice G. Hargrove (Plaintiff)

Fern H. Singer and Hans P. Schmidt representing Enterprise Car Rental (Defendant)

---

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| | * | |
| Maurice G. Hargrove, pro se | * | Hans P. Schmidt |
| | * | |
| | * | |

---

### COURT OFFICIALS PRESENT:

Joyce Taylor, Courtroom Deputy

---

### PROCEEDINGS:

### SCHEDULING CONFERENCE

3:38 p.m.     Court convenes.
              Court's questions and plaintiff's statements regarding claims.
_____         Court discussions regarding scheduling of this case and explanations to plaintiff each
              deadlines to be set out in Scheduling Order and that written Order will follow:
                     Dispositive  motions due January 29, 2007
                     Motions to amend due November 28, 2006
                     All discovery completed by March 1, 2007
                     Face to face settlement conference within 14 days after dispositive motions are
                     due
                     Any objections to deadlines to be filed within 14 days from the date of the
                     Scheduling Order
3:42 p.m.     Court's questions and plaintiff's statements regarding retaining counsel.  Plaintiff states
              he has not decided whether or not he will retain counsel or continue to represent
              himself.
3:43 p.m.     Plaintiff states that he would like to discuss negotiations with defendant's counsel.
              Court states that parties should conduct settlement discussions after this conference has
              concluded.
3:44 p.m.     Court recessed.