IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

MAURICE G. HARGROVE, )
)
Plaintiff, )
)
v. ) CV-06-WKW-808
)
ENTERPRISE RENTAL CAR )
)
Defendant. )
)

### JOINT STIPULATION OF DISMISSAL

COME NOW, Plaintiff, Maurice Hargrove, and counsel for the Defendant, Hans P. Schmidt, and request that the Complaint in this case be dismissed with prejudice, each party to bear their own costs.

Dated this 2<u>n</u> day of December, 2006.

_____
Maurice G. Hargrove
P.O. Box 211084
Montgomery, Alabama 36121
Plaintiff

_____
Hans P. Schmidt
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
420 North 20th Street, Suite 1600
Birmingham, Alabama 35203
Attorney for Defendant

B HPS 734109 v1
1036182-000028 12/29/2006